# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Fernando Hernandez,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:19-cv-00392-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **Erik A. Hooks,** | ) | |
| | ) | |
| Respondent. | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on September 7, 2021.

September 7, 2021

Frank G. Johns, Clerk
United States District Court